**MEMO ENDORSED**

COZEN O'CONNOR

September 19, 2025

**Eric J. Berger**
Direct Phone 212-908-1279
Direct Fax 877-434-1068
eberger@cozen.com

*VIA ECF*

Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Riverkeeper, Inc. and Save the Sound, Inc. v. National Express LLC and White Plains Bus Co., Inc.*
             Docket No.:  7:24-cv-09676-JGLC

Dear Judge Clarke:

This firm represents defendants, National Express LLC and White Plains Bus Co., Inc., in the above-captioned matter. We are writing with consent of plaintiff's counsel on behalf of all parties.

In its endorsed order (ECF 21), the Court adjourned the deadline to respond to the Complaint to October 6, 2025, and ordered the parties to submit, by September 22, 2025, a joint status letter or proposed case management plan.

Please allow this letter to serve as a report on our settlement progress and an application for a *sine die* adjournment of all deadlines and proceedings in this case.

As a follow-up to our July 18, 2025 request for a third extension, counsel are continuing to work on towards complete resolution of this matter without the need for formal discovery or any responsive pleading or motion practice.  Since July 18, 2025, we have conducted cooperative site visits of the defendants' facilities on September 9, 2025, with technical advisors and lawyers in attendance; we are in the process of conferring on any open potential concerns; and we are working towards a mutually acceptable consent decree to be presented to the Court for entry, following review by the U.S. Department of Justice and U.S. Environmental Protection Agency pursuant to 33 U.S.C. § 1365(c)(3).  There is no need for an answer at this time given that the parties are making significant progress toward settlement, and the parties wish to devote their resources to that settlement process.

As the Court is aware, there is a similar case, *Riverkeeper, Inc. v. Quality Bus Service, LLC et al.* No.:7:25-cv-01009-JGLC, also pending before Your Honor.  The two cases involve different industrial facilities, but have a common plaintiff and defendant, and the same counsel and consultants.  Accordingly, we are working to settle both cases concurrently.

Hon. Jessica G.L. Clarke
September 19, 2025
Page 2

---

As a final matter, we wish to alert the Court that the parties are discussing and evaluating whether any additional defendants should be added to the case, in light of recent developments regarding the defendants' corporate organization.

Thank you for your consideration.

Respectfully submitted,

COZEN O'CONNOR

By:   Eric J. Berger


cc:   *All Counsel via ECF*

Application GRANTED. All deadlines and proceedings in this case, including the conference previously scheduled for October 1, 2025, at 3:00 p.m., are adjourned *sine die*. The parties shall submit, by October 22, 2025, a joint letter updating the Court on their settlement efforts or, in the alternative, submitting a proposed case management plan and scheduling order.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: September 22, 2025
       New York, New York