

November 24, 2025

**Eric J. Berger**
Direct Phone   212-908-1279
Direct Fax      877-434-1068
eberger@cozen.com

*VIA ECF*

Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



> **Re:**    *Riverkeeper, Inc. and Save the Sound, Inc. v. National Express LLC and White Plains Bus Co., Inc.*
> **Docket No.:  7:24-cv-09676-JGLC**

Dear Judge Clarke:

This firm represents defendants, National Express LLC and White Plains Bus Co., Inc., in the above-captioned matter. We are writing with consent of Plaintiffs' counsel on behalf of all parties.

In its endorsed order (ECF 25), the Court ordered that all deadlines and proceedings in this case shall remain adjourned *sine die* and the parties shall submit, by November 24, 2025, a joint letter updating the Court on their settlement efforts or, in the alternative, submitting a proposed case management plan and scheduling order.

Please allow this letter to serve as a report on our settlement progress and an application for a *sine die* adjournment of all deadlines and proceedings in this case.

As a follow-up to our prior request for an extension (ECF 24), counsel are continuing to work towards complete resolution of this matter without the need for formal discovery or any responsive pleading or motion practice.  Following the September 9, 2025 joint site inspections of the two facilities, involving both sides' consultants, Plaintiffs provided proposed revisions to Defendants' Storm Water Pollution Prevention Plan and proposed site improvements to be made as the environmental compliance component of the settlement being negotiated.  Defendants' counsel then visited both sites again with Defendants' consultant during rain events to better evaluate Plaintiffs' proposals.   Defendants intend to respond in writing to Plaintiffs' proposals by early next week and then to discuss them in detail in a meeting next week.

As the Court is aware, there is a similar case, *Riverkeeper, Inc. v. Quality Bus Service, LLC et al.* No.:7:25-cv-01009-JGLC, also pending before Your Honor.  The two cases involve different industrial facilities, but have a common plaintiff and defendant, and the same counsel and consultants.  Accordingly, we are working to settle both cases concurrently.

Hon. Jessica G.L. Clarke
November 24, 2025
Page 2

As also noted previously, the parties are discussing and evaluating whether any additional defendants should be added to the case, in light of recent developments regarding the defendants' corporate organization.

Thank you for your consideration.

Respectfully submitted,

COZEN O'CONNOR

By:    Eric J. Berger

cc:    *All Counsel via ECF*

The Court thanks the parties for their status update. All deadlines in this case remain ADJOURNED *sine die*. The parties are DIRECTED to submit a further update by January 5, 2026. The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: November 24, 2025
        New York, New York